TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-06-00648-CR







Albert Jermain Clifton, Appellant



v.



The State of Texas, Appellee






FROM THE DISTRICT COURT OF TRAVIS COUNTY, 167TH JUDICIAL DISTRICT


NO. D-1-DC-06-203379, HONORABLE MICHAEL LYNCH, JUDGE PRESIDING






O R D E R


PER CURIAM

Appellant's second motion for extension of time to file brief is granted. Appellant's
counsel, Ariel Payan, is ordered to tender a brief in this cause no later than June 25, 2007.

It is ordered May 22, 2007. 


Before Chief Justice Law, Justices Puryear and Henson

Do Not Publish